AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) 8:21-MJ-00777-DUTY |
| Michael G. McCormick | ) Case: 1:21-mj-00658 |
| | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 11/16/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael G. McCormick,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. §1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/16/2021

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.16 10:44:24 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/16/21, and the person was arrested on *(date)* 11/18/21
at *(city and state)* Orange, CA.

Date: 11/18/21

*Arresting officer's signature*

SA Nichole Riordan
*Printed name and title*

AUSA: Larry Kole (714) ###-####